FILED

FEB 28 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1-4:19 CR 135 CDP SPM |
| ) | |
| DYWANE UPCHURCH and ) | |
| ARIELLE STEED, ) | |
| ) | |
| Defendants. ) | |

## SUPERSEDING INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about December 6, 2018, in the Eastern District of Missouri,

**DYWANE UPCHURCH and
ARIELLE STEED,**

the defendants herein, aided and abetted by each other, did rob United States Postal Service employees having lawful charge, control, or custody of money belonging to the United States, to wit, $8,874.00 and in effecting such robbery did put in jeopardy the lives of said United States Postal Service employees by use of a dangerous weapon.

In violation of, and punishable under, Title 18, United States Code, Sections 2114 and 2.

### COUNT II

The Grand Jury further charges that:

On or about December 6, 2018, in the Eastern District of Missouri,

**DYWANE UPCHURCH,**

the defendant herein, during and in relation to a crime of violence, to wit, the crime charged in Count II above, did use and carry a firearm, to wit: a Taurus make, 9mm semiautomatic pistol, serial number TKZ53636, which had been transported in interstate commerce.

In violation of, and punishable under, Title 18, United States Code, Section 924(c).

## COUNT III

The Grand Jury further charges that:

On or about January 17, 2019, in the Eastern District of Missouri,

**DYWANE UPCHURCH,**

the defendant herein, having been convicted previously in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate commerce, a firearm, to wit: a Taurus make, 9mm semiautomatic pistol, serial number TKZ53636, which had been transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JOHN J. WARE, #40880MO
Assistant United States Attorney